IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Hanan Hasan,                               :
                Appellant          :
                                 :
              v.                           :  No. 392 C.D. 2019
                                 :
Vincent Figaro and Southeastern            :
Pennsylvania Transportation                :
Authority                                  :

# **O R D E R**

NOW, February 6, 2020, having considered Appellant's application for reargument and Appellees' answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge